Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Plaintiff
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL NERI IBARRA CABRERA, ADMINISTRATOR OF THE ESTATE OF CYNTHIA DENISE IBARRA CABRERA; EVANGELINA CABRERA HERNANDEZ; FELIPE IBARRA JUAREZ; EDWIN OMAR CORDOVA; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00169-MEMF-MAR<br><br>**DECLARATION OF KEIKO J. KOJIMA IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA AND FOR DISBURSEMENT AND DISMISSAL OF ACTION**<br><br>**[Filed concurrently with: Notice of Motion and Motion for Default Judgment; (Proposed) Order; (Proposed) Default Judgment]**<br><br>Date:   June 16, 2022<br>Time:   10:00 a.m.<br>Ctrm:   8B<br><br>**Honorable Maame Ewusi-Mensah Frimpong** |

I, Keiko J. Kojima, declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts in the State of California, including this Honorable Court. I am a Partner with the firm of Burke, Williams & Sorensen, LLP, attorneys of record for Plaintiff Hartford Life and Accident Insurance Company ("Hartford"). I have personal and firsthand

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4872-9658-0119 v2                           - 1 -                           DECL OF KEIKO J. KOJIMA IN SUPPORT OF
                                                                                 PLTF'S MOTION FOR DEFAULT JUDGMENT
                                                                                 AGAINST DEFT CORDOVA

1  knowledge of the facts set forth in this declaration, and if called upon as a witness, I
2  could and would testify competently to them.

3     2.     This is an interpleader action involving a dispute to insurance proceeds due to the death of Cynthia Denise Ibarra Cabrera ("Cynthia"). Gap Inc. established and maintains an employee welfare benefit plan (the "Plan") governed by ERISA that provides eligible participants with group life insurance benefits that were funded in part by group policy no. GL-803711 issued by Hartford to Gap Inc. (the "Policy"). Cynthia was employed by Gap Inc. and was a participant in the Plan eligible for group life insurance benefits. Cynthia designated Cordova as the primary beneficiary of her group life insurance benefits under the Policy. Attached hereto as Exhibit "1" is a true copy of Cynthia's beneficiary designation information that Hartford obtained from Gap Inc.

     3.     Defendants Evangelina Cabrera Hernandez and Felipe Ibarra Juarez are Cynthia's parents. Defendant Daniel Neri Ibarra Cabrera is Cynthia's brother, who is the administrator of her Estate.

     4.     Cynthia died on March 19, 2021 from multiple stab wounds. Defendant Cordova was taken into custody and charged with her murder. Attached as Exhibit "2" is a true copy of Cynthia's death certificate. Attached as Exhibit "3" is a true copy of the criminal complaint against Defendant Cordova. Attached as Exhibit "4" is a true copy of a news article reporting on Cynthia's death.

     5.     Cordova was taken into custody and arraigned for the murders. Cordova is still in custody for Cynthia's homicide and is awaiting trial. Attached hereto as Exhibit "5" is a true copy of the inmate search result on Defendant Cordova obtained from the Riverside County Sheriff's Department. Attached hereto as Exhibit "6" is a true copy of the criminal court docket for Defendant Cordova's criminal action, Riverside Superior Court Criminal Case No. SWF2100408.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4872-9658-0119 v2    - 2 -   DECL OF KEIKO J. KOJIMA IN SUPPORT OF PLTF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFT CORDOVA

6.  Daniel Neri Ibarra Cabrera, as Administrator of the Estate of Cynthia Denise Ibarra Cabrera, submitted a claim for the life insurance benefits due under the Policy. He informed Hartford that Cynthia did not have a surviving spouse or children, and that her surviving parents are Evangelina Cabrera Hernandez and Felipe Ibarra Juarez. Attached hereto as Exhibit "7" is a true copy of Daniel Neri Ibarra Cabrera's claim form.

7.  California's "slayer statute," codified in Probate Code section 252, prohibits an individual who feloniously and intentionally kills the person upon whose life the policy was issued from recovering benefits under the policy. Federal common law may also recognize a slayer statute. *See, e.g. Prudential Ins. Co. of Am. v. Tull*, 690 F.2d 848, 849 (1982); *Prudential Ins. Co. of Am. v. Tolbert*, 320 F.Supp.2d 1378 (S.D. Ga. 2004) (federal common law slayer's rule applies to bar slayer's family members from recovering proceeds).

8.  If it is determined that Cordova is disqualified from receipt of the life insurance proceeds due under the Policy pursuant to California Probate Code section 252 or other applicable law, then Hartford would be exposed to duplicate and/or multiple liability under the Policy, if it released the insurance proceeds to him. Accordingly, Hartford determined that the Policy benefits could not be paid to Cordova, given his role as a suspect in Cynthia's murder, and that the proper course of action is to file the instant interpleader action.

9.  Given Cordova's role as a suspect in Cynthia's murder, Hartford filed this interpleader action. *See* Cal. Probate Code section 252 (California's "slayer statute"); *Prudential Ins. Co. of Am. v. Tull*, 690 F.2d 848, 849 (1982).

10. On January 27, 2022, Hartford filed the Complaint in this action. [Dkt. 1]

11. My office, through a process server, served Cordova with the Summons and Complaint and accompanying pleadings by personal service on

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4872-9658-0119 v2   - 3 -   DECL OF KEIKO J. KOJIMA IN SUPPORT OF PLTF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFT CORDOVA

1  February 18, 2022 at the Cois M. Byrd Detention Center, located at 30755-B Auld
2  Road, Murrieta, California 92563. [Dkt. 13]

3      12.   Cordova's responsive pleading was due on March 11, 2022. The time
4  allowed by law for responding to the Complaint has expired, and Cordova has not
5  filed a pleading or motion permitted by law. Accordingly, Hartford filed its
6  Request for Entry of Default against Cordova on March 15, 2022. [Dkt. 20] The
7  Court entered default against him on March 16, 2022. [Dkt. 21]

8      13.   To my knowledge, Defendant Cordova is not an infant or an
9  incompetent person or in military service or otherwise exempted under the Soldiers'
10 and Sailors' Civil Relief Act of 1940.

11     14.   Hartford incurred reasonable expenses exceeding $5,500 in drafting
12 the interpleader complaint, locating the defendants and serving the complaint,
13 corresponding and communicating with the remaining defendants in this action
14 regarding information requests, court filings, preparing the stipulation for fund
15 disbursement, and the instant motion. Defendants stipulate to an attorneys' fees
16 award of $5,500 to Hartford.

17     I declare under penalty of perjury under the laws of the United States of
18 America that the foregoing is true and correct.

19     Executed on May 11, 2022, at Los Angeles, California.

*/s/ Keiko J. Kojima*
Keiko J. Kojima

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4872-9658-0119 v2   - 4 -   DECL OF KEIKO J. KOJIMA IN SUPPORT OF PLTF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFT CORDOVA