Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Plaintiff
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL NERI IBARRA CABRERA, ADMINISTRATOR OF THE ESTATE OF CYNTHIA DENISE IBARRA CABRERA; EVANGELINA CABRERA HERNANDEZ; FELIPE IBARRA JUAREZ; EDWIN OMAR CORDOVA; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00169-MEMF-MAR<br><br>**PROOF OF SERVICE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA AND FOR DISBURSEMENT AND DISMISSAL OF ACTION**<br><br>Date: **June 16, 2022**<br>Time: **10:00 a.m.**<br>Ctrm: **8B**<br><br>**Honorable Maame Ewusi-Mensah Frimpong** |

///
///
///
///
///
///
///

LA #4873-1565-0327 v2 - 1 - PROOF OF SERVICE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

*Hartford Life and Accident Insurance Company v. Daniel Neri Ibarra Cabrera, et al.*
**USDC Central District No. 5:22-cv-00169-MEMF-MAR**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On May 11, 2022, I served a copy of the within document(s):

(1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA AND FOR DISBURSEMENT AND DISMISSAL OF ACTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

(2) **DECLARATION OF KEIKO J. KOJIMA IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA AND FOR DISBURSEMENT AND DISMISSAL OF ACTION;**

(3) **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA; DISCHARGE; DISBURSEMENT; AND DISMISSAL;**

(4) **[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT EDWIN OMAR CORDOVA**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed Federal Express or GLS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express or GLS agent for delivery.

[ ] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4882-6778-8561 v1                                                                                          PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 11, 2022, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong
bjeong@bwslaw.com

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4882-6778-8561 v1                                           PROOF OF SERVICE

# **SERVICE LIST**

*Hartford Life and Accident Insurance Company v. Daniel Neri Ibarra Cabrera, et al.*
**USDC Central District No. 5:22-cv-00169-MEMF-MAR**

Daniel Neri Ibarra Cabrera, as
Administrator of the Estate of Cynthia Denise Ibarra Cabrera
29980 Via Magnolia
Murrieta, CA 92563
Tel: (619) 598-9374

Evangelina Cabrera Hernandez
29980 Via Magnolia
Murrieta, CA 92563
Tel: (951) 760-2373

Felipe Ibarra Juarez
2883 Brandeis Drive
Oceanside, CA 92056
Tel: (858) 900-4151